25 F.3d 163
 Judith Rose SINNOVICH, Appellant,
v.
PORT AUTHORITY OF ALLEGHENY COUNTY.
 No. 92-3135.
 United States Court of Appeals,
Third Circuit.
 May 17, 1994.
 
 On Appeal from the United States District Court for the Western District of Pennsylvania.
 Present: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, and LEWIS, Circuit Judges.
 
 ORDER
 
 1
 After further consideration, the Court hereby vacates the order of January 15, 1993 granting rehearing in banc.
 
 
 2
 By the Court,
 
 
 3
 /s/ Dolores K. Sloviter
 
 Chief Judge